AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

BARBARA LYNCH

V.

BANK OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 07 111 S

TO: (Name and address of Defendant)

Bank of America
10 Weybosset Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James S. Lawrence, Esq.
FLAHERTY & LAWRENCE
70 Jefferson Boulevard
Warwick, RI 02888

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

March 26, 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 3/26/07 |
|---|---|
| NAME OF SERVER *(PRINT)* Stephen J. Minicucci | TITLE RI Constable #4088 serving as a disinterested person |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the ~~third-party~~ defendant. Place where served: Providence RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 45. | TOTAL 45. |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/26/07
Date

Signature of Server [signature]

6 Lockwood Dr. Johnston, RI 02919
Address of Server

Sharon Williams

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.