H

BARBARA-JEAN LYNCH

Combined Statement
Page 3 of 7 [redacted]1660
Statement Period
03-09-06 through 04-05-06
B 03 0 C P PC 3 0021217
Number of checks enclosed: 22

# Deposit Accounts

## MyAccess Checking

BARBARA-JEAN LYNCH

## Your Account at a Glance

| | | |
|---|---|---|
| Account Number | | [redacted] 1660 |
| Beginning Balance on 03-09-06 | $ | 1,108.34 |
| Deposits and Other Additions | + | 33,549.85 |
| Checks Posted | - | 18,129.64 |
| ATM and Debit Card Subtractions | - | 40.00 |
| Service Charges and Other Fees | - | 112.00 |
| Other Subtractions | - | 15,498.53 |
| **Ending Balance on 04-05-06** | $ | **878.02** |

*Interest Paid Year to Date: $0.30*

## MyAccess Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 03-09 | 434.58+ | 1,542.92 | BkofAmerica ATM 03/09 #000006231 Deposit 5 Washington St West Warwick RI |
| 03-09 | 44.75- | 1,498.17 | Check 2783 |
| 03-10 | 42.34- | 1,455.83 | Cingular Aws Des:Check Pymt ID:2784 Indn:000000718965114 Co ID:9200402003 Arc |
| 03-10 | 41.94- | 1,413.89 | Check 2781 |
| 03-13 | 170.71- | 1,243.18 | Sams Club Disc Des:Checkpaymt ID:2785 Indn:70300060113611374214442 Co ID:0818200408 Arc |
| 03-13 | 30.00- | 1,213.18 | Check 2786 |
| 03-14 | 218.40+ | 1,431.58 | BkofAmerica ATM 03/14 #000003410 Deposit 50 Wst Shore Rd- Warwick RI |
| 03-14 | 62.70- | 1,368.88 | Check 2782 |
| 03-16 | 189.36+ | 1,558.24 | BkofAmerica ATM 03/16 #000009639 Deposit 5 Washington St West Warwick RI |
| 03-16 | 40.00- | 1,518.24 | BkofAmerica ATM 03/16 #000009640 Withdrwl 5 Washington St West Warwick RI |
| 03-17 | 310.28- | 1,207.96 | Check 2788 |
| 03-17 | 91.00- | 1,116.96 | Check 2789 |
| 03-17 | 5.00- | 1,111.96 | Check 2787 |
| 03-20 | 14,900.00+ | 16,011.96 | Deposit |
| 03-20 | 7.42+ | 16,019.38 | BkofAmerica ATM 03/19 #000002192 Deposit 3033 Post Rd-2 Warwick RI |
| 03-20 | 66.50- | 15,952.88 | Cingular Des:Check Pymt ID:2791 Indn:xxxxx5913 Co ID:9200402001 Arc |
| 03-21 | 385.00- | 15,567.88 | Check 2790 |
| 03-21 | 12.00- | 15,555.88 | Check 2793 |
| 03-22 | 7,200.00- | 8,355.88 | Check 2795 |
| 03-22 | 7,000.00- | 1,355.88 | Check 2796 |
| 03-23 | 14,900.00- | 13,544.12 - | Return Item Chargeback |
| 03-27 | 18.98- | 13,563.10 - | Discover Arc Des:Payments ID:2797 Indn:601100120650090Dovarc Co ID:1510020270 Arc |
| 03-28 | 365.35- | 13,928.45 - | Check 2800 |

EXHIBIT
tabbies
2