```
COMMAND ===>                                          SCROLL ===> SCREEN
REPORT:IRXREDUQ01 VERSION:20060323 204837 HIERARCHY CODE:        PAGE: 2069      ROW: 7   COL: 1
                                                        Deposit Account:    [redacted]-1660
xxx  xxx
                                                        Charge Account :    [redacted]-1660
                                                        Store/Reference:000000000000000
        BARBARA-JEAN LYNCH
xxx     25 ETHEL ST
        WEST WARWICK  RI     02893-3904
        US
```

Date of Notice: 03-23-2006

Dear Valued Customer:

The item(s) below, which were deposited to your account, have been returned unpaid. Therefore, we have charged them to your account. Please adjust your records by subtracting the total shown below.

If you have any questions or need additional information, please contact one of our Customer Service representatives at 1-800-432-1000. Thank you for choosing Bank of America.

Number of Returned Items: 1
Amount of Returned Item(s): 14,900.00

EXHIBIT 3