UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA LYNCH, Plaintiff, | ) | |
| vs. | ) | Docket No. C.A. 07-111S |
| BANK OF AMERICA, N.A., Defendant. | ) | |

**STATEMENT OF UNDISPUTED FACTS**

1. On or about March 20, 2006, Plaintiff Barbara Lynch ("Plaintiff") endorsed and deposited a check into her account at Bank of America, N.A. ("Bank") in the amount of $14,900 drawn on an account held at Citizens Bank ("Check"). See ¶ 4 of the Complaint attached to the Memorandum In Support of Bank's Motion for Summary Judgment ("Memo") as Exhibit A.

2. On or about March 22, 2006, Plaintiff went to a branch of Bank, was advised that the funds from the Check were available for withdrawal, and withdrew $14,200 from the proceeds of the Check. See Id. at ¶ 7.

3. On or about March 23, 2006, Citizens Bank ("Citizens") notified Bank electronically that Citizens would not honor the Check ("Citizens Electronic Notice"). A copy of the Citizens Electronic Notice is attached as Exhibit 1 to the Bank Affidavit which is attached as Exhibit B to the Memo.

4. On or about March 23, 2006, Bank charged back to Plaintiff's account the amount of $14,900. See Exhibit 2 attached to Bank Affidavit which is attached as Exhibit B to the Memo.

5. On or before March 24, 2006, Bank sent notice to Plaintiff that the Check was returned unpaid and that her account was charged back $14,900 ("Bank Notice"). A copy of the Bank Notice is attached as Exhibit 3 to the Bank Affidavit which is attached to the Memo.

BANK OF AMERICA, N.A.
By its attorneys,

Richard L. Gemma, Esq. #3953
MacAdams Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 (Telephone)
(401) 454-8755 (Facsimile)
Dated: 4/16/07

CERTIFICATION OF SERVICE

I hereby certify that on the 16th day of April, 2007, I forwarded a copy of the within to James S. Lawrence, Esq., at 70 Jefferson Blvd. Warwick, RI 02888 by regular mail, postage prepaid.

G:\Bank of America\Lynch, Barbara-Jean\Pleadings\Statement of undisputed facts 041207.doc