UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BARBARA LYNCH,<br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br>Defendant. | Docket No. C.A. 07-111S |

ANSWER TO COMPLAINT

Now comes the Defendant, Bank of America, N.A. ("Defendant") and hereby responds to Plaintiff's Complaint ("Complaint") as follows:

FIRST DEFENSE

The Complaint fails to state a claim against the Defendant upon which relief can be granted.

SECOND DEFENSE

COUNT I

1. Defendant is without information and/or knowledge sufficient to form a basis as to the truth of the allegations contained in paragraph one (1) of the Complaint.

2. Defendant admits that it is a national banking association which is authorized to do business in the State of Rhode Island. Defendant denies the remaining allegations contained in paragraph two (2) of the Complaint.

3. Defendant is without information and/or knowledge sufficient to form a basis as to the truth of the allegations contained in paragraph three (3) of the Complaint.

4. Defendant admits that a $14,900 check was deposited into Plaintiff's account with Defendant payable to Plaintiff. Defendant is without information and/or knowledge sufficient to form a basis as to the truth of the remaining allegations contained in paragraph four (4) of the Complaint.

5. Defendant admits that the check deposited into Plaintiff's account with Defendant was allegedly drawn on an account at Citizens Bank. Defendant is without information and/or knowledge sufficient to form a basis as to the truth of the remaining allegations contained in paragraph five (5) of the Complaint.

6. Defendant denies the allegations contained in paragraph six (6) of the Complaint.

7. Defendant admits that Plaintiff withdrew the aggregate amount of $14,200 from her account on or about March 22, 2006. Defendant is without information and/or knowledge sufficient to form a basis as to the truth of the remaining allegations contained in paragraph seven (7) of the Complaint.

8. Defendant denies the allegations contained in paragraph eight (8) of the Complaint.

9. Defendant denies the allegations contained in paragraph nine (9) of the Complaint.

10. Defendant admits that the charge back amount in Plaintiff's account has been paid. Defendant denies the remaining allegations contained in paragraph ten (10) of the Complaint.

11. Defendant denies the allegations contained in paragraph eleven (11) of the Complaint.

12. Defendant denies the allegations contained in paragraph twelve (12) of the Complaint.

13. Defendant denies the allegations contained in paragraph twelve (13) of the Complaint.

FIRST AFFIRMATIVE DEFENSE

Defendant has complied with all applicable notice provisions under applicable federal and state law.

SECOND AFFIRMATIVE DEFENSE

Upon information and belief, Plaintiff's claim is barred by the doctrine of laches and/or the applicable statute of limitations.

THIRD AFFIRMATIVE DEFENSE

Upon information and belief, Plaintiff has failed to mitigate her damages and Plaintiff's claim should either be barred and/or reduced as a result thereof.

WHEREFORE, Defendant demands judgment against Plaintiffs on the Complaint and for the attorneys' fees and expenses incurred by the Defendant as allowed by law.

BANK OF AMERICA, N.A.
By its attorneys,

/s/Richard L. Gemma, Esq.
Richard L. Gemma, Esq. #3953
MacAdams Wieck Deluca & Gemma, Inc.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 (Telephone)
(401) 454-8755 (Facsimile)
Dated: April 16, 2007

CERTIFICATION OF SERVICE

I hereby certify that on the 16th day of April, 2007, I forwarded a copy of the within to James S. Lawrence, Esq., at 70 Jefferson Blvd. Warwick, RI 02888 by regular mail, postage prepaid.

/s/ Carl J. Ricci

G:\Bank of America\Lynch, Barbara-Jean\Pleadings\Answer to Complaint 040507.doc