UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BARBARA LYNCH,<br>Plaintiff<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br>Defendant | Docket No. C.A. 07-111S |

**RESPONSE AND OPPOSITION TO**
**MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff, Barbara Lynch and hereby objects to the motion for summary judgment of the Defendant Bank of America. In support of her Objection, your Plaintiff states that the Memorandum In Opposition To Motion For Summary Judgment and the Affidavit Of Barbara Lynch annexed thereto demonstrate that there are genuine issues of material fact to be adjudicated in this action, and accordingly, summary judgment should be denied.

WHEREFORE, Plaintiff prays this Honorable Court deny Defendant's Motion For Summary Judgment.

BARBARA LYNCH, Plaintiff,
By her Attorneys,

/s/James S. Lawrence
James S. Lawrence, Esq. (#3954)
FLAHERTY & LAWRENCE
70 Jefferson Boulevard
Warwick, RI 02888
Telephone: (401) 781-7200
Telecopier: (401) 781-0110
Lawrence1155@aol.com

CERTIFICATION

I hereby certify that I gave notice of the foregoing Objection via first class mail, postage prepaid, to: Richard L. Gemma, Esq., MacAdams Wieck DeLuca & Gemma, Inc., 101 Dyer Street, Suite 400, Providence, RI 02903, on this 3rd day of May, 2007.

/s/ James S. Lawrence