UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BARBARA LYNCH, Plaintiff<br>v.<br>BANK OF AMERICA, Defendant | Docket No. 07-111S |

AFFIDAVIT OF BARBARA LYNCH

Now comes BARBARA LYNCH, and, upon oath, deposes and says as follows:

1. That on or about March 20, 2006, I went to a bank teller and endorsed and deposited a check into my account held at BANK OF AMERICA; said check was made payable to myself and named E. G. Photo & Studio., Inc., as payor, and was in the amount of fourteen thousand and nine hundred ($14,900.00) dollars.

2. That on or about March 22, 2006, I contacted BANK OF AMERICA's telebanker system, and was told that the funds from the deposited check were available for withdrawal, and that I was allowed to withdraw fourteen thousand and two hundred ($14,200.00) dollars from the proceeds of said check.

3. That over one week after the funds were withdrawn, BANK OF AMERICA notified me in writing to advise that there were insufficient funds in the drawing account to honor the deposited check as stated above.

4. That on or about March 27, 2006, BANK OF AMERICA withdrew seven hundred ($700.00) dollars from my account and demanded repayment of the fourteen

thousand and two hundred ($14,200.00) dollars that I had withdrawn upon Defendant's representation that said funds were available for withdrawal.

5. That on or about or sometime after March 27, 2006, I paid the Defendant, BANK OF AMERICA, the fourteen thousand and two hundred ($14,200.00) dollars I withdrew upon Defendant's representation that said funds were available for withdrawal.

Sworn to and subscribed by me on this 3RD day of May, 2007.

Barbara Lynch
BARBARA LYNCH

STATE OF RHODE ISLAND
COUNTY OF KENT

Subscribed and sworn to before me at Warwick, on this 3rd day of May, 2007.

Laurie A. Belleville
Notary Public LAURIE A. BELLEVILLE
My Commission Expires: April 24, 2010