UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA LYNCH, Plaintiff, | ) | |
| vs. | ) | Docket No. C.A. 07-111S |
| BANK OF AMERICA, N.A., Defendant. | ) | |

**MOTION TO CORRECT DOCKET ENTRY**

Now comes the Defendant Bank of America, N.A. ("Bank") and hereby requests that this Honorable Court grant Bank's Motion to Correct Docket Entry under Administrative Procedure 13 for Electronic Case Filing in the United States District Court for the District of Rhode Island ("Motion"). The Motion is supported by the memorandum filed contemporaneously herewith and all files and records of the case.

BANK OF AMERICA, N.A.
By its attorneys,

/s/ Richard L. Gemma

Richard L. Gemma, Esq. #3953
Carl J. Ricci, Esq. #6147
MacAdams Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 (Telephone)
(401) 454-8755 (Facsimile)
Dated: May 10, 2007

CERTIFICATION OF SERVICE

I hereby certify that on the 10th day of May, 2007, a copy of the within was served upon James S. Lawrence, Esq., at 70 Jefferson Blvd. Warwick, RI 02888 by electronic filing.

/s/ Richard L. Gemma

CERTIFICATION OF SERVICE

I hereby certify that on the 10th day of May, 2007, a copy of the within was served upon James S. Lawrence, Esq., at 70 Jefferson Blvd. Warwick, RI 02888 by regular mail, postage prepaid.

/s/ Jill Lavigne

G:\Bank of America\Lynch, Barbara-Jean\Pleadings\Motion To Correct Docket Entry 051007.doc

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA LYNCH, Plaintiff, | ) | |
| vs. | ) | Docket No. C.A. 07-111S |
| BANK OF AMERICA, N.A., Defendant. | ) | |

**MEMORANDUM IN SUPPORT OF BANK OF AMERICA, N.A.'S MOTION TO CORRECT DOCKET ENTRY**

Bank of America, N.A. ("Bank") hereby submits the following memorandum in Support of its Motion to Correct Docket Entry ("Memo"). On or about April 16, 2007, Bank filed a Motion for Summary Judgment in the above-referenced case. The Bank filed a Memorandum in Support of the Motion for Summary Judgment ("Summary Judgment Memo") contemporaneously therewith. Bank attached several exhibits to the Summary Judgment Memo. Two of said exhibits contained financial account numbers. In accordance with Administrative Procedure 3(b)(4) for Electronic Case Filings in the United States District Court for the District of Rhode Island, Bank moves to redact those exhibits that were attached to the Summary Judgment Memo as follows:

(1) Paragraph 5 at Line 2 of the "Complaint" attached to the Summary Judgment Memo as Exhibit A is redacted to include only the last four numbers of the account number;

(2) Paragraph 2 at Line 2 of the "Bank Affidavit" attached to the Summary Judgment Memo as Exhibit B is redacted to include only the last four numbers of the account number;

(3) Paragraph 3(a) at Line 3 of the "Bank Affidavit" attached to the Summary Judgment Memo as Exhibit B is redacted to include only the last four numbers of the account number;

(4) The "Account Statement" attached to "Bank Affidavit" as Exhibit 2 is redacted to include only the last four numbers of the account number; and

(5) The "Notice" attached to the "Bank Affidavit" as Exhibit 3 is redacted to include only the last four numbers of the account number.

The above-listed exhibits in their redacted form are attached hereto.

At this time, Bank respectfully requests that this Court grant its Motion to Correct Docket Entry and order that the attached redacted exhibits replace the corresponding unredacted exhibits previously filed with the Summary Judgment Memo.

BANK OF AMERICA, N.A.
By its attorneys,

/s/ Richard L. Gemma
Richard L. Gemma, Esq. #3953
Carl J. Ricci, Esq. #6147
MacAdams Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 (Telephone)
(401) 454-8755 (Facsimile)
Dated: May 10, 2007

## CERTIFICATION OF SERVICE

I hereby certify that on the 10th day of May, 2007, a copy of the within Memo was forwarded to James S. Lawrence, Esq., at 70 Jefferson Blvd., Warwick, RI 02888 by electronic filing.

/s/ Richard L. Gemma

CERTIFICATION OF SERVICE

I hereby certify that on the 10th day of May, 2007, a copy of the within Memo was forwarded to James S. Lawrence, Esq., at 70 Jefferson Blvd., Warwick, RI 02888 by regular mail, postage prepaid.

/s/ Jill Livigne

G:\Bank of America\Lynch, Barbara-Jean\Pleadings\Memo In Support of Motion to Correct Docket Entry 051007.doc

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA LYNCH, Plaintiff<br>v.<br>BANK OF AMERICA, Defendant | ) | Docket No. |

## COMPLAINT

### Parties

1. Plaintiff, BARBARA LYNCH, is a resident of the Town of West Warwick, County of Kent, and State of Rhode Island.

2. Defendant, BANK OF AMERICA, is a financial holding company duly authorized to conduct business within the State of Rhode Island.

### Jurisdiction

3. This Honorable Court has jurisdiction over this matter pursuant to 12 USC § 4001, *et seq.*, and 12 CFR §229.21.

### Facts

4. On or about March 20, 2006, Plaintiff, BARBARA LYNCH, endorsed and deposited a check into her account held at Defendant, BANK OF AMERICA; said check was made payable to her, named E. G. Photo & Studio., Inc., as payor, and was in the amount of fourteen thousand and nine hundred ($14,900.00) dollars,

EXHIBIT A

5. The said check deposited by Plaintiff into her account at the Defendant bank was dated March 17, 2006, and was drawn on account #[redacted]0000 held at Citizen's Bank.

6. At the time and place of the deposit, or within a reasonable time thereafter, Defendant, BANK OF AMERICA, failed to give the Plaintiff, BARBARA LYNCH, proper written notice that an additional hold would be placed on her deposit as required pursuant to 12 USC § 4003(f)(2), and, 12 CFR §229.13(g).

7. On or about March 22, 2006, Plaintiff, BARBARA LYNCH, went to a branch of the Defendant's bank, was advised that the funds from the deposited check were available for withdrawal, and Plaintiff was allowed to withdraw fourteen thousand and two hundred ($14,200.00) dollars from the proceeds of said check.

8. On or about March 27, 2006, Defendant, BANK OF AMERICA, contacted Plaintiff, BARBARA LYNCH, to advise her that there were insufficient funds in the drawing account to honor the deposited check set forth above.

9. On or about March 27, 2006, Defendant, BANK OF AMERICA, withdrew seven hundred ($700.00) dollars from Plaintiff, BARBARA LYNCH's account and demanded repayment of the fourteen thousand and two hundred ($14,200.00) dollars Plaintiff withdrew upon Defendant's representation that said funds were available for withdrawal.

10. On or about or sometime after March 27, 2006, the Plaintiff, BARBARA LYNCH, paid the Defendant the fourteen thousand and two hundred ($14,200.00) dollars she withdrew upon Defendant's representation that said funds were available for withdrawal.

11. In the absence of notice as set forth in 12 USC § 4003(f)(2), and, 12 CFR §229.13(g), the Defendant, BANK OF AMERICA's withdrawal of the seven hundred ($700.00) from Plaintiff, BARBARA LYNCH's account on March 27, 2006, constituted an improper extension of the time when the funds would be available.

12. In the absence of notice as set forth in 12 USC § 4003(f)(2), and, 12 CFR §229.13(g), the Defendant, BANK OF AMERICA's acceptance of ($14,200.00) from Plaintiff, BARBARA LYNCH on or after March 27, 2006 was improper, and constituted an improper extension of the time when the funds would be available.

13. As a result of Defendant, BANK OF AMERICA's actions and omissions as set forth above, Plaintiff, BARBARA LYNCH, sustained financial damages in the amount of fourteen thousand and nine hundred ($14,900.00) dollars, together with the cost of financing the loan for the payment of said sum, and the costs of collecting the monies wrongfully taken by the Defendant, BANK OF AMERICA.

WHEREFORE the Plaintiff, BARBARA LYNCH, respectfully demands that this Court adjudge:

1. That the Plaintiff be awarded damages as set forth in 12 USC § 4010, and, 12 CFR §229.21, including but not limited to the sum of the dishonored check, $14,900.00, plus interest, and the costs of financing.

2. That the Plaintiff be awarded such additional damages as set forth in 12 USC § 4010(2)(a).

3. That the Plaintiff be awarded reasonable attorney fees for the prosecution of this action pursuant to 12 USC § 4010.

4. That the Plaintiff be awarded the costs and expenses for the prosecution of this action.

5. That the Plaintiff be awarded such additional sums and other relief that this Honorable Court deems just and proper.

BARBARA LYNCH, Plaintiff,
By Her Attorneys,

James S. Lawrence, Esq. (#3954)
FLAHERTY & LAWRENCE
70 Jefferson Boulevard
Warwick, RI 02888
Telephone: (401) 781-7200
Telecopier: (401) 781-0110

+UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA LYNCH,<br>Plaintiff, | ) | |
| vs. | ) | Docket No. C.A. 07-111S |
| BANK OF AMERICA, N.A.,<br>Defendant. | ) | |

BANK AFFIDAVIT

The undersigned hereby deposes and states under oath that:

1. I am a bank officer employed by Bank of America, N.A., a national banking association organized and existing under the laws of the United States of America having an office at 111 Westminster Street, Providence, Rhode Island ("Bank").

2. In or about April 2007, I reviewed Bank records regarding checking account number [redacted]1660 held by Barbara Lynch ("Lynch Account"), such records being (i) made at or near the time by, or from information transmitted by, a person with knowledge, (ii) kept in the ordinary course of the Bank's regularly conducted business practice, and (iii) the regular practice of the Bank's business activity.

3. Based upon my review of the records regarding the Lynch Account and my familiarity with Bank's operational practices:

tabbies EXHIBIT B

(a) On or about March 23, 2006, Citizens Bank of Rhode Island ("Citizens") notified Bank electronically that Citizens would not honor check number 13892 in the amount of $14,900 drawn on account number [redacted]0383 as it is counterfeit ("Citizens Electronic Notice"). A copy of the Citizens Electronic Notice is attached hereto as Exhibit 1.

(b) On or about March 23, 2006, Bank charged back $14,900 to the Lynch Account. A copy of the Lynch Account statement from the period March 9, 2006 through April 5, 2006 referencing the charge back is attached hereto as Exhibit 2.

(c) On or before March 24, 2006, Bank sent notice to Barbara Lynch by regular mail that the Check was returned unpaid and that $14,900 was charged back to the Lynch Account ("Bank Notice"). A copy of the Bank Notice is attached hereto as Exhibit 3.

BANK OF AMERICA, N.A.

By: Judy Turtletaub
Judy Turtletaub, its Bank Officer

Subscribed and sworn to before me this 13th day of April, 2007.

NOTARY PUBLIC
ELEANORE J. PIERSON
Notary Public, State of Florida
My comm. expires Oct. 20, 2007
No. DD 259977

Eleanore J. Pierson
Notary Public
My commission expires: 10/20/07

G:\Bank of America\Lynch, Barbara-Jean\Pleadings\Affidavit of BOA 041107.doc

 H

BARBARA-JEAN LYNCH

Combined Statement
Page 3 of 7 [redacted]1660
Statement Period
03-09-06 through 04-05-06
B 03 0 C P PC 3 0021217
Number of checks enclosed: 22

## Deposit Accounts

### MyAccess Checking

BARBARA-JEAN LYNCH

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | | [redacted] 1660 | |
| Beginning Balance on 03-09-06 | $ | 1,108.34 | |
| Deposits and Other Additions | + | 33,549.85 | *Interest Paid Year to Date: $0.30* |
| Checks Posted | - | 18,129.64 | |
| ATM and Debit Card Subtractions | - | 40.00 | |
| Service Charges and Other Fees | - | 112.00 | |
| Other Subtractions | - | 15,498.53 | |
| **Ending Balance on 04-05-06** | $ | 878.02 | |

### MyAccess Checking Additions and Subtractions

| Date Posted | Amount($) | Resulting Balances($) | Transactions |
|---|---|---|---|
| 03-09 | 434.58+ | 1,542.92 | BkofAmerica ATM 03/09 #000006231 Deposit 5 Washington St West Warwick RI |
| 03-09 | 44.75- | 1,498.17 | Check 2783 |
| 03-10 | 42.34- | 1,455.83 | Cingular Aws Des:Check Pymt ID:2784 Indn:000000718965114 Co ID:9200402003 Arc |
| 03-10 | 41.94- | 1,413.89 | Check 2781 |
| 03-13 | 170.71- | 1,243.18 | Sams Club Disc Des:Checkpaymt ID:2785 Indn:7030006011361137421442 Co ID:0818200408 Arc |
| 03-13 | 30.00- | 1,213.18 | Check 2786 |
| 03-14 | 218.40+ | 1,431.58 | BkofAmerica ATM 03/14 #000003410 Deposit 50 Wst Shore Rd- Warwick RI |
| 03-14 | 62.70- | 1,368.88 | Check 2782 |
| 03-16 | 189.36+ | 1,558.24 | BkofAmerica ATM 03/16 #000009639 Deposit 5 Washington St West Warwick RI |
| 03-16 | 40.00- | 1,518.24 | BkofAmerica ATM 03/16 #000009640 Withdrwl 5 Washington St West Warwick RI |
| 03-17 | 310.28- | 1,207.96 | Check 2788 |
| 03-17 | 91.00- | 1,116.96 | Check 2789 |
| 03-17 | 5.00- | 1,111.96 | Check 2787 |
| 03-20 | 14,900.00+ | 16,011.96 | Deposit |
| 03-20 | 7.42+ | 16,019.38 | BkofAmerica ATM 03/19 #000002192 Deposit 3033 Post Rd-2 Warwick RI |
| 03-20 | 66.50- | 15,952.88 | Cingular Des:Check Pymt ID:2791 Indn:xxxxx5913 Co ID:9200402001 Arc |
| 03-21 | 385.00- | 15,567.88 | Check 2790 |
| 03-21 | 12.00- | 15,555.88 | Check 2793 |
| 03-22 | 7,200.00- | 8,355.88 | Check 2795 |
| 03-22 | 7,000.00- | 1,355.88 | Check 2796 |
| 03-23 | 14,900.00- | 13,544.12 - | Return Item Chargeback |
| 03-27 | 18.98- | 13,563.10 - | Discover Arc Des:Payments ID:2797 Indn:601100120650090Dovarc Co ID:1510020270 Arc |
| 03-28 | 365.35- | 13,928.45 - | Check 2800 |

tabbies
EXHIBIT
2

COMMAND ===>                                    SCROLL ===> SCREEN
REPORT:IRXREDUQ01 VERSION:20060323 204837 HIERARCHY CODE:    PAGE: 2069    ROW: 7    COL: 1

Deposit Account: [redacted]-1660

Charge Account : [redacted]-1660
Store/Reference:00000000000000

xxx xxx

xxx BARBARA-JEAN LYNCH
25 ETHEL ST
WEST WARWICK RI 02893-3904
US

Date of Notice: 03-23-2006

Dear Valued Customer:

The item(s) below, which were deposited to your account, have been returned unpaid. Therefore, we have charged them to your account. Please adjust your records by subtracting the total shown below.

If you have any questions or need additional information, please contact one of our Customer Service representatives at 1-800-432-1000. Thank you for choosing Bank of America.

Number of Returned Items: 1
Amount of Returned Item(s): 14,900.00

EXHIBIT 3