+UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA LYNCH, Plaintiff, | ) | |
| vs. | ) | Docket No. C.A. 07-111S |
| BANK OF AMERICA, N.A., Defendant. | ) | |

BANK AFFIDAVIT

The undersigned hereby deposes and states under oath that:

1. I am a bank officer employed by Bank of America, N.A., a national banking association organized and existing under the laws of the United States of America having an office at 111 Westminster Street, Providence, Rhode Island ("Bank").

2. In or about April 2007, I reviewed Bank records regarding checking account number [redacted]1660 held by Barbara Lynch ("Lynch Account"), such records being (i) made at or near the time by, or from information transmitted by, a person with knowledge, (ii) kept in the ordinary course of the Bank's regularly conducted business practice, and (iii) the regular practice of the Bank's business activity.

3. Based upon my review of the records regarding the Lynch Account and my familiarity with Bank's operational practices:

EXHIBIT
tabbies
B

(a) On or about March 23, 2006, Citizens Bank of Rhode Island ("Citizens") notified Bank electronically that Citizens would not honor check number 13892 in the amount of $14,900 drawn on account number [redacted]0383 as it is counterfeit ("Citizens Electronic Notice"). A copy of the Citizens Electronic Notice is attached hereto as Exhibit 1.

(b) On or about March 23, 2006, Bank charged back $14,900 to the Lynch Account. A copy of the Lynch Account statement from the period March 9, 2006 through April 5, 2006 referencing the charge back is attached hereto as Exhibit 2.

(c) On or before March 24, 2006, Bank sent notice to Barbara Lynch by regular mail that the Check was returned unpaid and that $14,900 was charged back to the Lynch Account ("Bank Notice"). A copy of the Bank Notice is attached hereto as Exhibit 3.

BANK OF AMERICA, N.A.

By: ______________________
Judy Turtletaub, its Bank Officer

Subscribed and sworn to before me this 13th day of April, 2007.

NOTARY PUBLIC
ELEANORE J. PIERSON
Notary Public, State of Florida
My comm. expires Oct. 20, 2007
No. DD 259977

______________________
Notary Public
My commission expires: 10/20/07

G:\Bank of America\Lynch, Barbara-Jean\Pleadings\Affidavit of BOA 041107.doc