UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BARBARA LYNCH, Plaintiff | ) | |
| v. | ) | Docket No. |
| BANK OF AMERICA, Defendant | ) | |

# COMPLAINT

## Parties

1. Plaintiff, BARBARA LYNCH, is a resident of the Town of West Warwick, County of Kent, and State of Rhode Island.

2. Defendant, BANK OF AMERICA, is a financial holding company duly authorized to conduct business within the State of Rhode Island.

## Jurisdiction

3. This Honorable Court has jurisdiction over this matter pursuant to 12 USC § 4001, *et seq.*, and 12 CFR §229.21.

## Facts

4. On or about March 20, 2006, Plaintiff, BARBARA LYNCH, endorsed and deposited a check into her account held at Defendant, BANK OF AMERICA; said check was made payable to her, named E. G. Photo & Studio., Inc., as payor, and was in the amount of fourteen thousand and nine hundred ($14,900.00) dollars,



EXHIBIT A

5. The said check deposited by Plaintiff into her account at the Defendant bank was dated March 17, 2006, and was drawn on account #[redacted]1490000 held at Citizen's Bank.

6. At the time and place of the deposit, or within a reasonable time thereafter, Defendant, BANK OF AMERICA, failed to give the Plaintiff, BARBARA LYNCH, proper written notice that an additional hold would be placed on her deposit as required pursuant to 12 USC § 4003(f)(2), and, 12 CFR §229.13(g).

7. On or about March 22, 2006, Plaintiff, BARBARA LYNCH, went to a branch of the Defendant's bank, was advised that the funds from the deposited check were available for withdrawal, and Plaintiff was allowed to withdraw fourteen thousand and two hundred ($14,200.00) dollars from the proceeds of said check.

8. On or about March 27, 2006, Defendant, BANK OF AMERICA, contacted Plaintiff, BARBARA LYNCH, to advise her that there were insufficient funds in the drawing account to honor the deposited check set forth above.

9. On or about March 27, 2006, Defendant, BANK OF AMERICA, withdrew seven hundred ($700.00) dollars from Plaintiff, BARBARA LYNCH's account and demanded repayment of the fourteen thousand and two hundred ($14,200.00) dollars Plaintiff withdrew upon Defendant's representation that said funds were available for withdrawal.

10. On or about or sometime after March 27, 2006, the Plaintiff, BARBARA LYNCH, paid the Defendant the fourteen thousand and two hundred ($14,200.00) dollars she withdrew upon Defendant's representation that said funds were available for withdrawal.

11. In the absence of notice as set forth in 12 USC § 4003(f)(2), and, 12 CFR §229.13(g), the Defendant, BANK OF AMERICA's withdrawal of the seven hundred ($700.00) from Plaintiff, BARBARA LYNCH's account on March 27, 2006, constituted an improper extension of the time when the funds would be available.

12. In the absence of notice as set forth in 12 USC § 4003(f)(2), and, 12 CFR §229.13(g), the Defendant, BANK OF AMERICA's acceptance of ($14,200.00) from Plaintiff, BARBARA LYNCH on or after March 27, 2006 was improper, and constituted an improper extension of the time when the funds would be available.

13. As a result of Defendant, BANK OF AMERICA's actions and omissions as set forth above, Plaintiff, BARBARA LYNCH, sustained financial damages in the amount of fourteen thousand and nine hundred ($14,900.00) dollars, together with the cost of financing the loan for the payment of said sum, and the costs of collecting the monies wrongfully taken by the Defendant, BANK OF AMERICA.

WHEREFORE the Plaintiff, BARBARA LYNCH, respectfully demands that this Court adjudge:

1. That the Plaintiff be awarded damages as set forth in 12 USC § 4010, and, 12 CFR §229.21, including but not limited to the sum of the dishonored check, $14,900.00, plus interest, and the costs of financing.

2. That the Plaintiff be awarded such additional damages as set forth in 12 USC § 4010(2)(a).

3. That the Plaintiff be awarded reasonable attorney fees for the prosecution of this action pursuant to 12 USC § 4010.

4. That the Plaintiff be awarded the costs and expenses for the prosecution of this action.

5. That the Plaintiff be awarded such additional sums and other relief that this Honorable Court deems just and proper.

BARBARA LYNCH, Plaintiff,
By Her Attorneys,

James S. Lawrence, Esq. (#3954)
FLAHERTY & LAWRENCE
70 Jefferson Boulevard
Warwick, RI 02888
Telephone: (401) 781-7200
Telecopier: (401) 781-0110