UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Barbara Lynch
Plaintiff

V.

Case Number: C.A. NO. 07-111S

Bank of America, N.A.
Defendant

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant Bank of America against the Plaintiff Barbara Lynch in accordance with the Decision and order dated June 13, 2007 granting Defendant's Motion for Summary Judgment.**

**June 13, 2007**
**Date**

Wendy Geile
**Deputy Clerk**